# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, NORTHERN DIVISION

| EMMA G. MICHAEL, | PLAINTIFF |
|---|---|
| VS. | CASE NO. 3:15-cv-00072-HTW-LRA |
| VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; VERIZON WIRELESS, LLC; TURN, INC. | DEFENDANTS |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Emma G. Michael, by and through counsel, hereby voluntarily dismisses, without prejudice, the above-captioned action under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This the 26th day of March, 2015.

Respectfully submitted,

*Bradley S. Clanton*

By: _____
Bradley S. Clanton (MS Bar No. 10505)

CLANTON LEGAL GROUP, PLLC
P.O. Box 4781
Jackson, Mississippi 39296
Direct: (601) 454-8794
Toll Free: (844) 425-2686
Facsimile: (866) 421-9918
Email:  brad@clantonlegalgroup.com

Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

      I, Bradley S. Clanton, certify that on this date the above-referenced pleading was filed via the Court's electronic filing system which delivered a true and correct copy of the pleading to all counsel of record.

Dated:  March 26, 2015

                By:  *Bradley S. Clanton*
                       Bradley S. Clanton (MS Bar No. 10505)